**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**
(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | ARTHUR CAMPA VILLA |
| **Docket Number:** | 1:92CR05219 REC |
| **Name of Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Date of Original Sentence:** | 03/29/1993 |
| **Original Offense:** | 18 USC 2113 (a), Bank Robbery (3 counts) |
| **Original Sentence:** | 151 months custody of BOP; 3 years TSR; $150 Special Assessment; $3,157 Restitution |
| **Special Conditions:** | 1) Search; 2) Drug Treatment and Testing; 3) Mental Health Counseling; 4) Restitution Payments |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | 01/06/2004 |

**PETITIONING THE COURT**

[X]   **To modify the conditions of supervision as follows:**

1. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drugs tests thereafter, <u>not to exceed four tests per month</u>, as directed by the probation officer, pursuant to 18 USC 3583(d).

**JUSTIFICATION**

As a result of <u>U.S. v. Stephens</u>, the supervising probation officer in Woodland Hills, California (C/D CA) is requesting the above-listed special condition be added in efforts to continue providing a controlling strategy to detect substance abuse. Mr. Villa has a long history of substance abuse, and although he is currently not receiving treatment, there is

**RE:   Arthur Campa Villa**
       **Docket Number:  1:93CR05219 REC**

a need for ongoing drug testing.

Attached is a Probation Form 49a, Waiver of Hearing to Modify Conditions, which is signed by Mr. Villa consenting to the additional special condition.

This officer concurs with the supervising probation officer and recommends the Court modify the special conditions accordingly.

                              Respectfully submitted,

                              /s/ Hubert J. Alvarez

                              **HUBERT J. ALVAREZ**
                              Senior United States Probation Officer
                              Telephone:  (559) 499-5727

**DATED:**     April 18, 2006
               Fresno, California
               HJA: mb


**Reviewed by:**      /s/ Bruce Vasquez
                      **BRUCE A. VASQUEZ**
                      Supervising United States Probation Officer

RE: **Arthur Campa Villa**
**Docket Number:  1:93CR05219 REC**

**THE COURT ORDERS:**

☒  **Extension/Modification approved as recommended.**

☐  **Extension/Modification not approved at this time. Probation Officer to contact Court.**

☐  **Other:**

IT IS SO ORDERED.

**Dated:   April 18, 2006**                                  **/s/ Oliver W. Wanger**
emm0d6                                                              UNITED STATES DISTRICT JUDGE

Rev. 02/2000
PROB12B.MRG